# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:09cr35-RH

HEATHER RENE EASTON,

    Defendant.

_____/

## ORDER TERMINATING SUPERVISED RELEASE

The probation officer has submitted a memorandum recommending early termination of the defendant Heather Rene Easton's supervised release. The memorandum says the government does not oppose the request.

I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria listed in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

    IT IS ORDERED:

Ms. Easton's term of supervised release is terminated as of October 4, 2015, at 5:06 p.m.

SO ORDERED on October 4, 2015.

s/Robert L. Hinkle
United States District Judge